IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HONORABLE ANN H. LOKUTA, | : |
| | : No.05cv855 |
| Plaintiff | : |
| | : Judge Jones |
| v | : |
| | : |
| SECURITY INSURANCE | : |
| OF HARTFORD, | : |
| | : |
| Defendant | : |

## MEMORANDUM AND ORDER

March 13, 2006

## THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On March 13, 2006, the Court met with counsel for both parties in Chambers to address discovery issues in the case *sub judice* and consequently memorialized stipulations entered into by the parties on the record. The purpose of this Order is to reduce said stipulations to writing.

First, Plaintiff's Motion to Compel (doc. 26) has been voluntarily withdrawn by Plaintiff on the record. Second, Plaintiff filed a Motion for Protective Order pursuant to Fed.R.Evid. 26(c) concerning discovery subpoenas and interrogatories for asset discovery directed to Plaintiff by Defendant. We note

1

that at this juncture it is difficult to conceive the relevance of the requested records. It is accordingly inappropriate to release such records at issue on this date; however, Defendant is not estopped from re-visiting this issue out of time if Defendant establishes that such information is relevant and discoverable at a point more proximate to trial in this case. In addition, Plaintiff reserves the right to interpose a motion for a protective order if and when Defendant seeks to discover Plaintiff's financial records. Defendant agreed on the record to withdraw its pending discovery subpoenas and interrogatories for asset discovery without prejudice. Therefore, Plaintiff's Motion for Protective Order will be denied as moot.

Third, Plaintiff voluntarily dismissed Counts 2 and 3 of her complaint, specifically her bad faith claim, as well as her civil conspiracy claim. Accordingly, Count 1 is the only remaining count of Plaintiff's complaint, which will form the basis of the Court's resolution of the pending Summary Judgment Motion.

Finally, the settlement conference scheduled for March 23, 2006 is cancelled as per agreement of the parties.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Plaintiff's Motion to Compel (doc. 26) has been voluntarily

      withdrawn by Plaintiff.

2.    Plaintiff's Motion for Protective Order (doc. 22) is denied as moot for the reasons cited herein.

3.    Plaintiff has voluntarily dismissed Counts 2 and 3 of her complaint, specifically her bad faith claim, as well as her civil conspiracy claim.

4.    The settlement conference scheduled for March 23, 2006 is hereby cancelled as per agreement of the parties.

_____
John E. Jones III
United States District Judge